Ricky Dewayne ROGERS,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 00–7112.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Ricky Dewayne Rogers, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

**120**

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ricky Dewayne Rogers seeks to appeal the magistrate judge's order * denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Rogers v. Angelone*, No. CA–00–5–2 (E.D.Va. July 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C.A. § 636(c)(*l*) (West 1993 & Supp.2000).